# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Local 113 Laborers,<br><br>              Plaintiff,<br><br>v.<br><br>ERC of Nevada LLC; ERC of Nevada Investments LLC; Tri-Core Companies LLC; Phoenix Premium Properties LLC,<br><br>              Defendants. | No. CV-13-01806-PHX-GMS<br><br>**JUDGMENT ORDER** |

    Having considered the default entered by the Clerk of Court, along with the Motion for Default Judgment (Doc. 24) against Defendants ERC of Nevada, LLC and ERC of Nevada Investments, LLC, and pursuant to Federal Rule of Civil Procedure 54(b), the Court determines there is no just reason for delay.

    **IT IS HEREBY ORDERED** that the Motion is granted. Defendants ERC of Nevada, LLC and ERC of Nevada Investments, LLC are jointly and severally liable to Local 113 for the amount of $107,026.50.

    Dated this 16th day of December, 2013.

*A. Murray Snow*
_____
G. Murray Snow
United States District Judge