# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Local 113 Laborers,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ERC of Nevada LLC;  ERC of Nevada Investments LLC;  Tri-Core Companies LLC;  Phoenix Premium Properties LLC,<br><br>　　　　　　Defendants. | No. CV-13-01806-PHX-GMS<br><br>**DEFAULT JUDGMENT** |

　　　Pending before the Court is Planitiff's Motion for Default Judgment as to Tri-Core Companies, LLC ("Tri-Core") and Phoenix Premium Properties LLC ("Phoenix") (Doc. 34).  After review and consideration,

　　　**IT IS ORDERED** granting the Motion.  Defendants Tri-Core and Phoenix are jointly and severally liable to Local 113 Laborers for the amount of $69,350.00.

　　　Dated this 21st day of February, 2014.

_/s/ A. Murray Snow_
G. Murray Snow
United States District Judge